UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 APR -7 AM 11: 57

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| --- | --- | --- |
| v. | ) | CR616-004 |
| SANTRAVIS BROWN aka JERROD BROWN | ) | |

## ORDER

Based upon the application of the government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

So ORDERED this 7th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA